**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-1462-WJM-KLM

JOHN DOE,

        Plaintiff,

   v.

THE BOARD OF REGENTS FOR THE UNIVERSITY OF COLORADO, and,

PHILIP DiSTEFANO, Chancellor for the University of Colorado Boulder, in his official capacity,

        Defendants.

---

**PLAINTIFF'S MOTION FOR THE RECUSAL OF MAGISTRATE JUDGE MIX**

**COMES NOW** the plaintiff, John Doe, by and through his attorneys, Lawrence S. Mertes P.C., and respectfully submits his Motion for the Recusal of Magistrate Judge Mix.

## I.   DUTY TO CONFER

1.    On October 29, 2018, undersigned counsel conferred with counsel for the defendants prior to the parties' scheduling conference regarding Judge Mix's status as an active faculty/adjunct law professor at the University of Colorado. Counsel for the defendants was also present when undersigned counsel confirmed this on the record.

## II.   STATEMENT OF FACTS

2.    On June 12th, 2018, Plaintiff John Doe filed the above-captioned complaint and other accompanying documents.

3.    That same day, this case was assigned to Judge William J. Martinez and referred to Magistrate Judge Kristen L. Mix.

4.    Judge Mix is an adjunct professor on the staff of the University of

Colorado School of Law, which is under the supervision of both defendants. She currently teaches Motions Advocacy.

5.      There are currently at least five pending lawsuits in the District of Colorado against the University of Colorado which involve their Title IX office, four of which have plaintiffs alleging a lack of due process in their disciplinary code.[i]

6.      In the two most recent cases, the University has released statements to the effect that their Title IX process is fair and unbiased and they strongly disagree with the plaintiff's assertions.[ii,iii]

### III.    LEGAL AUTHORITY

7.      Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

8.      A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nicholas v. Alley,* 71 F.3d 347, 350 (10th Cir. 1995).

9.      The test is whether a reasonable person, knowing all relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers,* 831 F.2d 937, 939 (10th Cir. 1987).

10.      A judge does not need to actually be biased in order to recuse herself. "What matters is not the reality of bias or prejudice but its appearance." *Liteky v. U.S.,* 510 U.S. 540, 548 (1994).

### IV.    ARGUMENT

11.      In this case Plaintiff John Doe is suing Defendants for violating his civil

rights, among other allegations. These violations stem from University policy that is applicable to all students and faculty, including Judge Mix in her capacity as an adjunct professor.

12.     As an adjunct professor, Judge Mix is subject to the University's Office of Institutional Equity and Compliance Process and Procedures. ("The Resolution Procedures govern all students, faculty, staff, contractors, patients, volunteers, affiliated entities and other third parties.") *OIEC Resolution Procedures 2018-2019,* *https://www.colorado.edu/institutionalequity/sites/default/files/attached-files/oiec_resolution_procedures_2018-19_updated_format.pdf*

13.     It is an earlier version of these procedures that Plaintiff John Doe is alleging as violating his civil rights. The earlier versions also have language which subjects students, faculty, staff, contractors, patients, volunteers, affiliated entities, and other third parties to the code.

14.     The statements released by the University regarding the pending lawsuits, while expected, also reflect the official position of Judge Mix's direct supervisors at the University of Colorado.

15.     Judge Mix's employers are the defendants in this lawsuit. As discussed in the parties' scheduling conference, one of Judge Mix's obligations as an assigned Magistrate Judge would be to assess the need for a Magistrate-led settlement conference. If such a request was granted to conduct such a settlement conference herself, this would directly involve Judge Mix in the politics and policies of her direct supervisors in a matter of significant national interest and concern.

16.     Because of her relationship with the University and the fact that she is

subject to the conduct code in question, a reasonable person could conclude that there

is at least an appearance of bias on the part of Judge Mix.

## V.   PRAYER FOR RELIEF

17.   For the above-mentioned reasons, Plaintiff John Doe respectfully requests

that Judge Mix recuse herself from this case.

Respectfully submitted this 2nd day of November, 2018

/s/____Lawrence S. Mertes
Lawrence S. Mertes, P.C.
2235 Broadway
Boulder, CO 80302-4824
Telephone: 303-440-0123
Facsimile: 303-449-2656
Email: Larry@merteslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I electronically filed the foregoing **PLAINTIFF'S**

**MOTION FOR THE RECUSAL OF MAGISTRATE JUDGE MIX** with the Court, thus

causing service upon the following counsel of record:

Erica Weston
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80208
Tel: 303-860-5691
Fax: 303-860-5650
Erica.Weston@cu.edu
Attorney for Defendant

/s/____Lawrence S. Mertes

---

[i] The four disciplinary cases are 16cv1789, 18cv1462, 18cv2243, and 18cv0658
[ii] "We strongly disagree with the representations made by Mr. Norris and his attorney. Mr. Norris was treated equitably. The Office of Institutional Equity and Compliance (OIEC), which investigates and determines the outcomes of these cases, followed the appropriate procedures and conducted an

unbiased investigation." ([https://www.westword.com/news/william-norris-sues-cu-boulder-after-being-acquitted-of-sexual-assault-10729759](https://www.westword.com/news/william-norris-sues-cu-boulder-after-being-acquitted-of-sexual-assault-10729759))

[iii]  Our Title IX process is fair, impartial, unbiased and respects the due process rights of all students regardless of gender." ([https://www.westword.com/news/william-norris-sues-cu-boulder-after-being-acquitted-of-sexual-assault-10729759](https://www.westword.com/news/william-norris-sues-cu-boulder-after-being-acquitted-of-sexual-assault-10729759))