**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 18-cv-1462-WJM-KLM

JOHN DOE,

    Plaintiff,

v.

PHILLIP DISTEFANO, Chancellor for the University of Colorado Boulder, and
THE BOARD OF REGENTS FOR THE UNIVERSITY OF COLORADO,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, filed October 28, 2019 (ECF No. 57). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 29th day of October, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge